IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Zammatta, Randy G | Case Number: 04 B 45251 |
|---|---|---|
| | Zammatta, Marie L | Judge: Goldgar, A. Benjamin |
| | Printed: 9/9/08 | Filed: 12/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: March 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,990.00 | |
| Secured: | | 11,737.22 |
| Unsecured: | | 1,645.81 |
| Priority: | | 0.00 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 806.97 |
| Other Funds: | | 0.00 |
| Totals: | 15,990.00 | 15,990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | CarMax Auto Finance | Secured | 8,078.32 | 8,078.32 |
| 4. | HomeComings Financial Network | Secured | 5,203.74 | 3,658.90 |
| 5. | Applied Income Sciences LLC | Unsecured | 4,673.54 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,141.75 | 270.84 |
| 7. | Mages & Price | Unsecured | 149.88 | 18.94 |
| 8. | Discover Financial Services | Unsecured | 3,649.64 | 461.53 |
| 9. | Resurgent Capital Services | Unsecured | 6,404.98 | 809.95 |
| 10. | The Intelligent Office | Unsecured | 669.20 | 84.55 |
| 11. | Honda Finance Services | Secured | | No Claim Filed |
| 12. | By Referral Only | Unsecured | | No Claim Filed |
| 13. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| | | | $ 32,771.05 | $ 15,183.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 98.41 |
| 3% | 24.60 |
| 5.5% | 180.40 |
| 5% | 20.50 |
| 4.8% | 177.11 |
| 5.4% | 198.86 |
| 6.5% | 107.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Zammatta, Randy G
       Zammatta, Marie L
       Printed:  9/9/08

Case Number:  04 B 45251
Judge:  Goldgar, A. Benjamin
Filed:  12/9/04

_____
$ 806.97

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

